UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Larry Wilson and Susan Wilson, Individually
and as Next Friend of Kayla Wilson,
Ryan Wilson, and Jacob Wilson, minors,

       Plaintiffs,

v.                                                             1:06-cv-677

Kraft Foods, Inc.,                    Magistrate Judge Hugh W. Brenneman, Jr.

       Defendant.
_____/

Daniel P. O'Neil (P37051)
Thompson, O'Neil & VanderVeen, P.C.
Attorneys for Plaintiff
309 East Front Street/P.O. Box 429
Traverse City, MI 49684
(231) 929-9700

Amy M. Johnston (P51272)
Miller, Canfield, Paddock and Stone, P.L.C.
Attorneys for Defendant, Kraft Foods Global, Inc.
840 W. Long Lake Road, Suite 200
Troy, Michigan 48098
(248) 879-2000

_____

<u>**ORDER FOR DISMISSAL**</u>

At a session of said Court held in the
United States District Court for the Western District of Michigan
this ___12th___ day of March, 2007

PRESENT: Magistrate Judge Hugh W. Brenneman, Jr.

This matter is before the Court upon the stipulation of the parties, and the Court being fully advised in the premises:

IT IS ORDERED that all claims asserted by Plaintiff in the above-captioned matter are dismissed without costs or attorneys' fees to any party.

This Order closes the case and resolves the last pending matter.

Dated: 3/12/2007        /s/ Hugh W. Brenneman, Jr.
                        _____
                        Magistrate Judge Hugh W. Brenneman, Jr.