UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

Larry Wilson and  Susan Wilson, Individually
and as Next Friend of Kayla Wilson,
Ryan Wilson, and Jacob Wilson, minors,

       Plaintiffs,

v.                                     1:06-cv-677

Kraft Foods, Inc.,           Magistrate Judge Hugh W. Brenneman, Jr.

       Defendant.

_____/

Daniel P. O'Neil (P37051)
Thompson, O'Neil & VanderVeen, P.C.
Attorneys for Plaintiff
309 East Front Street/P.O. Box 429
Traverse City, MI 49684
(231) 929-9700

Amy M. Johnston (P51272)
Miller, Canfield, Paddock and Stone, P.L.C.
Attorneys for Defendant, Kraft Foods Global, Inc.
840 W. Long Lake Road, Suite 200
Troy, Michigan 48098
(248) 879-2000

_____

ORDER FOR DISMISSAL

At a session of said Court held in the
United States District Court for the Western District of Michigan
this _____12th_____ day of March, 2007

PRESENT: Magistrate Judge Hugh W. Brenneman, Jr.

This matter is before the Court upon the stipulation of the parties, and the Court

being fully advised in the premises:

IT IS ORDERED that all claims asserted by Plaintiff in the above-captioned matter

are dismissed without costs or attorneys' fees to any party.

This Order closes the case and resolves the last pending matter.

Dated: __3/12/2007__       ___/s/ Hugh W. Brenneman, Jr.___
                           Magistrate Judge Hugh W. Brenneman, Jr.